NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-5022

TOMMY LEE STEVENS,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in case no. 09-CV-338 Judge George W. Miller.

ON MOTION

ORDER

Tommy Lee Stevens moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 1 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Tommy Lee Stevens
     Devin A. Wolak, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 0 2009

JAN HORBALY
CLERK